# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 28, 2012

No. 12-20111
USDC No. 4:10-CR-763-1

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MICHAEL GIVENTER, also known as Michael Blanc,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Michael Giventer appeals from the district court's denial of his motion to revoke the magistrate judge's order of detention pending his trial on criminal charges related to bankruptcy proceedings. *See* 18 U.S.C. §§ 3142, 3145. Under Rule 9(a)(1) of the Federal Rules of Appellate Procedure, a "district court must state in writing, or orally on the record, the reasons for an order regarding the release or detention of a defendant in a criminal case." To date, the district court has not given its reasons for denying Giventer's motion. Accordingly, IT IS ORDERED that this matter is REMANDED to the district court for the limited

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-20111

purpose of obtaining written reasons for the denial of Giventer's motion to revoke the order of detention.